EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Loretta.Sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04 00146 SOM |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| | ) | [21 U.S.C. §§ 846, and |
| DAN PIZARRO, (01) | ) | 841(a); 18 U.S.C. § 2] |
| PATRICIA DOHERTY, (02) | ) | |
| and | ) | |
| VAN DUONG, (03) | ) | |
| Defendants. | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 07 2004

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

INDICTMENT

COUNT 1

The Grand Jury charges:

Beginning on or about a date unknown to and including January 30, 2004, in the District of Hawaii and elsewhere, the defendant, DAN PIZARRO, conspired with others

known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a) and 841(b)(1)(A).

## OVERT ACTS

1. At a time prior to January 28, 2004, DAN PIZARRO agreed with another person to send crystal methamphetamine from the State of California to the State of Hawaii.

2. At a time prior to January 28, 2004, DAN PIZARRO arranged to ship a parcel containing approximately two pounds of methamphetamine from the State of California to the State of Hawaii.

3. On or about January 30, 2004, a person accepted receipt of the parcel which had been sent from DAN PIZARRO.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

Beginning on or about a date unknown to and including March 24, 2004, in the District of Hawaii and

elsewhere, DAN PIZARRO, PATRICIA DOHERTY, and VAN DUONG conspired together and with others known and unknown to knowingly and intentionally distribute and to possess with the intent to distribute, 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A).

## OVERT ACTS

1. At a time prior to March 24, 2004, DAN PIZARRO asked PATRICIA DOHERTY to carry methamphetamine to Hawaii.

2. At a time prior to March 24, 2004, VAN DUONG discussed the use of PATRICIA DOHERTY to carry methamphetamine to Hawaii.

3. At a time prior to March 24, 2004, VAN DUONG helped to tape methamphetamine to the body of PATRICIA DOHERTY.

4. On or about March 24, 2004, DAN PIZARRO and PATRICIA DOHERTY flew from California to Hawaii.

5. On or about March 24, 2004, PATRICIA DOHERTY carried approximately one pound of methamphetamine from California to Hawaii.

All in violation of Title 21, United States Code, Section 846.

COUNT 3

The Grand Jury further charges:

On or about March 24, 2004 in the District of Hawaii, DAN PIZARRO and PATRICIA DOHERTY knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

DATED: _April 7, 2004_, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section


_____
LORETTA SHEEHAN
Assistant U.S. Attorney